# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| OWEN PARTRIDGE, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:   17-0248 (RC) |
| | : | |
| v. | : | Re Document Nos.:   7, 10, 15, 27 |
| | : | |
| AMERICAN HOSPITAL MANAGEMENT, COMPANY, LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**DENYING PLAINTIFF'S MOTION TO STRIKE; DENYING DEFENDANTS' MOTION TO DISMISS AND TO COMPEL ARBITRATION; GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; GRANTING DEFENDANTS' COUNSEL'S MOTION TO WITHDRAW**

For the reasons stated in the Court's Memorandum Opinion contemporaneously issued, Plaintiff's Motion to Strike (ECF No. 15) is **DENIED**, Defendants' Motion to Dismiss and to Compel Arbitration (ECF No. 7) is **DENIED**, Plaintiff's Motion for Summary Judgment (ECF No. 10) is **GRANTED IN PART AND DENIED IN PART**, and Defendants' Counsel's Motion to Withdraw (ECF No. 27) is **GRANTED**. It is hereby **ORDERED** that:

1. **JUDGMENT IS ENTERED** in favor of Plaintiff and against Defendant American Hospital Management Company, LMT in the amount of $92,432 plus post-judgment interest at the statutory rate provided by 28 U.S.C. § 1961 until payment is made in full.

2. OlaDipo A. Akin-Deko shall be removed as attorney of record for all Defendants.

3. The parties, including Defendant Mr. Arlett, if proceeding *pro se*, must appear for a status hearing on **January 31, 2018 at 11:00 AM** in Courtroom 14.

**SO ORDERED**.

Dated: December 29, 2017                                                      RUDOLPH CONTRERAS
                                                                              United States District Judge