UNITED STATES DISTRICT COURT
for the DISTRICT OF COLUMBIA

| | |
|---|---|
| OWEN PARTRIDGE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN HOSPITAL MANAGE-<br>MENT COMPANY, LLC, *et al.*,<br><br>　　　　Defendants. | No. 1:17-cv-00248-RC |

## NOTICE OF DISMISSAL

Plaintiff Owen Partridge, by and through counsel, hereby dismisses this case against all Defendants. Dismissal is with prejudice provided that none of the Defendants, files for bankruptcy in the any jurisdiction within ninety (90) days of entry of this Order.

January 18, 2018

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**/s/ Steven M. Oster**
　　　　　　　　　　　　　　　　　　　　Steven M. Oster
　　　　　　　　　　　　　　　　　　　　David W. Lawler
　　　　　　　　　　　　　　　　　　　　1850 M Street, N.W., Suite 280
　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　Phone: 202.596.5290
　　　　　　　　　　　　　　　　　　　　Fax: 202.747.5862
　　　　　　　　　　　　　　　　　　　　steve@osterlawfirm.com
　　　　　　　　　　　　　　　　　　　　david@osterlawfirm.com

SO ORDERED THIS 18 DAY OF JANUARY, 2018

_____
Rudolph Contreras
United States District Judge